# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3781
_____

JEFFERY T. CRYSTAL,

Appellant,

v.

REGUS MANAGEMENT GROUP
LLC,

Appellee.

_____


On appeal from the Circuit Court for Walton County.
David W. Green, Judge.

January 3, 2019


PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey T. Crystal, pro se, Appellant.

Dennis Dean Leone, Mitchell C. Robiner, and Jonathan K. Stitt of Shankman Leone, P.A., Tampa, for Appellee.